**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | BANKRUPTCY NO. 21-21934-CMB |
| ANGELICA SUE BOTTI, | ) | |
| | ) | CHAPTER 13 |
| Debtor, | ) | |
| | ) | |

**STATUS REPORT**

AND NOW comes the Debtor Angelica Sue Botti ("Debtor") by and through her undersigned counsel, and hereby files the within Status Report, as follows:

## I. BACKGROUND

1. Debtor is an adult individual who commenced the instant bankruptcy by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Code, 11 U.S.C. § 101 et. seq on August 31, 2021.

2. Donald L. Lampus, Jr. ("Lampus") is a creditor of the Debtor and is a party in interest in the instant bankruptcy proceedings; Lampus filed two (2) proofs of claim in the above-captioned bankruptcy, at Claim Nos. 8-1 and 9-1 in the Claims Register (the "Claim").

3. Debtor filed an Objection to the Claim 8-1 (the "Objection to Claim") on November 12, 2021, at Doc. No. 51 in the main proceeding.

4. Lampus filed a Notice of Removal of Action filed in Court of Common Pleas of Allegheny County, Pennsylvania at Case No. GD-21-5345 with this Honorable Court on November 17, 2021(the "Removal Action"); said notice comprised the first filing in the above-captioned adversary proceeding (See 21-2112-CMB, Adv. Doc. No. 1).

5. Lampus filed a Response in Opposition to the Objection to Claim (the "Response") on November 18, 2021 at Doc. No. 55 in the main proceeding.

6. Lampus filed an Objection to Debtor's Claim of Exemptions (the "Objection to Exemptions") on November 19, 2021 at Doc. No. 56 in the main proceeding.

7. In the interim, three hearings have been held on the Objection to Claim, the Objection to Exemptions, and the responses thereto, while extensive negotiation regarding all matters in this case has likewise occurred amongst counsel for the parties.

8. On October 13, 2022 the Debtor and Lampus filed a Joint Motion to Approve Settlement Agreement, whereby the Debtor and Lampus sought court approval of a Settlement Agreement that would resolve all claims that the parties hold against each other with regard to the bankruptcy and ownership of Gemini Beverage, LLC ("Gemini").

9. After a hearing on November 8, 2022 the Court entered an Order approving the Settlement Agreement (*See*: 21-21934-CMB, Doc. No. 126).

## II. OVERVIEW OF CURRENT STATUS

10. Following entry of the Order approving the Settlement Agreement between the Debtor and Lampus, the Debtor provided Lampus with a fully executed and notarized copy of the Settlement Agreement and she has tendered the first payment due thereunder, in the amount of $1,000, to Lampus.

11. The Debtor and Lampus are in the process of negotiating the terms of a related document that will formally transfer ownership of the Debtor's interest in Gemini to Lampus.

12. The claims of Lampus and the secured claim of SSB that is being assumed by Lampus under the Settlement Agreement constitute a majority of the secured and unsecured claims in this case.

13. Since these matters have been resolved by the Settlement Agreement the debtor intends to voluntarily dismiss this bankruptcy.

14. The Debtor believes that it is unnecessary to refer this matter to an additional conciliation since a majority of the secured and unsecured claims have been resolved and since the Debtor is seeking to voluntarily dismiss her bankruptcy filing.

WHEREFORE, the Debtor respectfully submits the foregoing Status Report, and Authorizes Debtor's counsel to file the same on their behalf.

Respectfully Submitted,

THE LYNCH LAW GROUP, LLC

By: */s/* Michael C. Mazack
Michael C. Mazack, Esquire
PA I.D. No. 205742
501 Smith Drive, Suite 3
Cranberry Township, PA 16066
Telephone: 724 776 8000
Email: mmazack@lynchlaw-group.com
Attorney for Debtor