**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | BANKRUPTCY NO. 21-21934-CMB |
| ANGELICA SUE BOTTI, | ) | |
| | ) | CHAPTER 13 |
| Debtor, | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing, Status Report, was served on the following via First-Class Mail:

John R. O'Keefe, Jr., Esquire
535 Smithfield Street, Suite 800
Pittsburgh, PA 15222
*Counsel forPlaintiff/Respondent*

Ronda J. Winnecour, Esq.
U.S. Steel Tower
600 Grant Avenue, Suite 3250
Pittsburgh, PA 15219
*Chapter 13 Trustee*

Additionally, all parties receiving notice through the Court's CM/ECF system were served electronically on or about **December 5, 2022**.

Date: December 5, 2022

By: */s/ Michael C. Mazack*

Michael C. Mazack
Pa.I.D. No. 205742
501 Smith Dr., Suite 3
Cranberry Township, PA 16066
mmazack@lynchlaw-group.com
(724) 776-8000
*Counsel for Debtor*