# Notice Recipients

District/Off: 0315−2 User: auto Date Created: 2/23/2023
Case: 21−21934−CMB Form ID: 309 Total: 72

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr SSB Bank

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust Office of the United States Trustee ustpregion03.pi.ecf@usdoj.gov
tr Ronda J. Winnecour cmecf@chapter13trusteewdpa.com
aty J. Michael McCague jmm@gmwpclaw.com
aty John R. O'Keefe, Jr. jokeefe@metzlewis.com
aty Keri P. Ebeck kebeck@bernsteinlaw.com
aty Michael C. Mazack mmazack@lynchlaw−group.com

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db Angelica Sue Botti 132 Harrison Avenue Robinson, PA 15949
cr Duquesne Light Company c/o Bernstein−Burkley, P.C. 601 Grant Street, 9th Floor Pittsburgh, PA 15219
cr Donald L. Lampus, Jr. c/o Metz Lewis Brodman Must O'Keefe LLC
15407258 AMERICAN HONDA FINANCE PO BOX 168128 IRVING, TX 75016
15422873 AMERICAN HONDA FINANCE PO BOX 168128 IRVING, TX 75016
15407271 ANGELICA S. BOTTI 132 HARRISON AVENUE ROBINSON, PA 15949
15422886 ANGELICA S. BOTTI 132 HARRISON AVENUE ROBINSON, PA 15949
15407698 American Honda Finance Corporation National Bankruptcy Center P.O. Box 168088 Irving, TX 75016−8088
15407262 BARCLAYS BANK DELAWARE P.O. BOX 8803 WILMINGTON, DE 19899
15422877 BARCLAYS BANK DELAWARE P.O. BOX 8803 WILMINGTON, DE 19899
15407263 CAPITAL BANK 101 CROSSWAYS PARK WEST WOODBURY, NY 11797
15422878 CAPITAL BANK 101 CROSSWAYS PARK WEST WOODBURY, NY 11797
15407264 CAPITAL ONE BANK USA NA PO BOX 31293 SALT LAKE CITY, UT 84131
15422879 CAPITAL ONE BANK USA NA PO BOX 31293 SALT LAKE CITY, UT 84131
15407259 CB INDIGO PO BOX 4499 BEAVERTON, OR 97076
15422874 CB INDIGO PO BOX 4499 BEAVERTON, OR 97076
15407281 CITICARDS CBNA P.O. BOX 9001037 LOUISVILLE, KY 40290
15422896 CITICARDS CBNA P.O. BOX 9001037 LOUISVILLE, KY 40290
15407265 COMENITYCAPITALBANK/BOSC PO BOX 182120 COLUMBUS, OH 43218
15422880 COMENITYCAPITALBANK/BOSC PO BOX 182120 COLUMBUS, OH 43218
15407276 DEPARTMENT OF COURT RECORDS, CRIMINAL DIVISION 114 COURTHOUSE 436 GRANT STREET PITTSBURGH, PA 15219
15422891 DEPARTMENT OF COURT RECORDS, CRIMINAL DIVISION 114 COURTHOUSE 436 GRANT STREET PITTSBURGH, PA 15219
15407267 DISCOVER FINANCIAL SERVI POB 15316 WILMINGTON, DE 19850
15422882 DISCOVER FINANCIAL SERVI POB 15316 WILMINGTON, DE 19850
15407279 DON LAMPUS, JR. 7919 PERRY HIGHWAY PITTSBURGH, PA 15237
15422894 DON LAMPUS, JR., C/O: METZ LEWIS BROADMAN MUST O'KEEFE, LLC 535 SMITHFIELD STREET, SUITE 800 PITTSBURGH, PA 15222
15427994 Donald L. Lampus, Jr. c/o John R. O'Keefe, Esquire Metz Lewis Brodman Must O'Keefe LLC 535 Smithfield Street, Suite 800 Pittsburgh, PA 15222
15428974 Duquesne Light Company c/o Bernstein−Burkley, P.C. 601 Grant Street, 9th Floor Pittsburgh, PA 15219
15407280 FIRST COMMONWEALTH BANK P.O. BOX 400 INDIANA, PA 15701
15422895 FIRST COMMONWEALTH BANK P.O. BOX 400 INDIANA, PA 15701
15407277 GARY T. VANASDALE, ESQ. 1667 PA−228 SUITE 300 CRANBERRY TWP, PA 16066
15422892 GARY T. VANASDALE, ESQ. 257 SOUTH MAIN STREET BUTLER, PA 16001
15424630 GARY T. VANASDALE, ESQ. 257 SOUTH MAIN STREET BUTLER, PA 16001
15407282 JOHN BOTTI 1439 HEMLOCK DRIVE IRWIN, PA 15642−4388
15422897 JOHN BOTTI 1439 HEMLOCK DRIVE IRWIN, PA 15642−4388
15410479 Keybridge Medical Revenue Care PO Box 1568 Lima, OH 45802
15418406 LVNV Funding, LLC Resurgent Capital Services PO Box 10587 Greenville, SC 29603−0587
15407278 LYNCH LAW GROUP, LLC 501 SMITH DRIVE SUITE 3 CRANBERRY, PA 16066
15422893 LYNCH LAW GROUP, LLC 501 SMITH DRIVE SUITE 3 CRANBERRY, PA 16066
15424782 Midland Credit Management, Inc. PO Box 2037 Warren, MI 48090
15407270 OFFICE OF THE U.S. TRUSTEE 1001 LIBERTY AVE. SUITE 970 PITTSBURGH, PA 15222−3721
15422885 OFFICE OF THE U.S. TRUSTEE 1001 LIBERTY AVE. SUITE 970 PITTSBURGH, PA 15222−3721
15407274 PA DEPT. OF REVENUE BUREAU OF INDIVIDUAL TAXES P.O. BOX 281210 HARRISBURG, PA 17128−1210

| | |
|---|---|
| 15422889 | PA DEPT. OF REVENUE BUREAU OF INDIVIDUAL TAXES P.O. BOX 281210 HARRISBURG, PA 17128−1210 |
| 15407269 | PENNYSLANIA DEPT. OF REVENUE DEPARTMENT 280946 P.O. BOX 280946 ATTN: BANKRUPTCY DIVISION HARRISBURG, PA 17128−0946 |
| 15422884 | PENNYSLANIA DEPT. OF REVENUE DEPARTMENT 280946 P.O. BOX 280946 ATTN: BANKRUPTCY DIVISION HARRISBURG, PA 17128−0946 |
| 15431440 | Pennsylvania Department of Revenue Bankruptcy Division PO Box 280946 Harrisburg PA 17128−0946 |
| 15421753 | Quantum3 Group LLC as agent for Genesis FS Card Services Inc PO Box 788 Kirkland, WA 98083−0788 |
| 15423608 | Quantum3 Group LLC as agent for Sadino Funding LLC PO Box 788 Kirkland, WA 98083−0788 |
| 15422898 | SSB BANK 8700 PERRY HIGHWAY PITTSBURGH, PA 15237 |
| 15424631 | SSB BANK 8700 PERRY HIGHWAY PITTSBURGH, PA 15237 |
| 15407266 | SYNCB/JC PENNEY PO BOX 965007 ORLANDO, FL 32896 |
| 15422881 | SYNCB/JC PENNEY PO BOX 965007 ORLANDO, FL 32896 |
| 15407260 | SYNCB/SAMS PO BOX 965005 ORLANDO, FL 32896 |
| 15422875 | SYNCB/SAMS PO BOX 965005 ORLANDO, FL 32896 |
| 15407261 | THE BANK OF MISSOURI 916 NORTH KINGS HIGHWAY PERRYVILLE, MO 63775 |
| 15422876 | THE BANK OF MISSOURI 916 NORTH KINGS HIGHWAY PERRYVILLE, MO 63775 |
| 15407275 | U.S. BANKRUPTCY COURT 5414 U.S. STEEL TOWER 600 GRANT STREET PITTSBURGH, PA 15219−2703 |
| 15422890 | U.S. BANKRUPTCY COURT 5414 U.S. STEEL TOWER 600 GRANT STREET PITTSBURGH, PA 15219−2703 |
| 15407273 | U.S. DEPARTMENT OF THE TREASURY P.O. BOX 804527 CINCINATTI, OH 45280−4527 |
| 15422888 | U.S. DEPARTMENT OF THE TREASURY P.O. BOX 804527 CINCINATTI, OH 45280−4527 |
| 15407268 | UNITED REVENUE COLLECTION PO BOX 1184 LANGHORNE, PA 19047 |
| 15422883 | UNITED REVENUE COLLECTION PO BOX 1184 LANGHORNE, PA 19047 |
| 15407272 | UNITED STATES ATTORNEYS OFFFICE 555 4TH STREET WASHINGTON, D.C. 20530 |
| 15422887 | UNITED STATES ATTORNEYS OFFFICE 555 4TH STREET WASHINGTON, D.C. 20530 |

TOTAL: 65