IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
ANGELICA SUE BOTTI,                              BANKRUPTCY 21-21934-CMB
Debtor.

                                                 CHAPTER 13

                                                 Docket No._____


ANGELICA SUE BOTTI,
                                                 FILED
        Movant,                                  06/01/2026 - 3:55 PM
                                                 CLERK
                                                 U.S. BANKRUPTCY
v.                                               COURT - WDPA

DONALD L. LAMPUS, JR.,

        Respondent.

---

# DEBTOR'S SUBMISSION OF EXHIBIT LISTS, EXHIBITS, AND WITNESS LIST

ORDER APPROVING SETTLEMENT (DOC. 126)
AND ORDER DISMISSING CASE (DOC. 134)
PURSUANT TO 11 U.S.C. § 350(b),
FED. R. BANKR. P. 5010, 9024,
AND FED. R. CIV. P. 60(b)

Pursuant to the Court's Scheduling Order and directives concerning the upcoming evidentiary hearing, Debtor, Angelica Sue Botti ("Debtor"), proceeding pro se, hereby submits the attached Exhibits, Exhibit Lists, and Witness List in support of the Debtor's pending Motion to Reopen Case and request for relief pursuant to 11 U.S.C. § 350(b), Federal Rules of Bankruptcy Procedure 5010 and 9024, and Federal Rule of Civil Procedure 60(b).

These submissions are made in accordance with the Court's Scheduling Order governing the upcoming evidentiary hearing

The attached materials have been organized into the following sections:

Section I – Operational and Banking Chronology

Section II – CPA, Financial, and Discovery Concerns

Section III – Settlement Context and Related Proceedings

Section IV – Continued Investigation and Efforts to Resolve the Matter

The attached exhibits consist of contemporaneous communications, banking records, corporate records, accounting and financial materials, court filings, settlement-related documents, correspondence, and records obtained through subsequent investigation and review.

Debtor also submits the attached Witness List identifying expected witnesses and potential witnesses who may possess information relevant to the matters presently before the Court.

These materials are submitted in accordance with the Court's Scheduling Order and are intended to assist the Court in evaluating the factual and procedural issues raised in the Debtor's Motion to Reopen and request for relief from prior orders.

Debtor respectfully reserves the right to supplement these submissions, present rebuttal evidence, and call witnesses identified by any party or otherwise necessary for rebuttal purposes, subject to further Order of Court.

Respectfully submitted,


**By: /s/ Angelica Sue Botti**
**Angelica Sue Botti**
Debtor, Pro Se
132 Harrison Avenue
Robinson, PA 15949
724-664-9390
botti3414@msn.com


June 1, 2026

WITNESS LIST

Expected Witnesses

1. J. Daniel Moon
   SSB Bank

Testimony concerning:

- • March 3, 2021 communications with Plaintiff;
- • Discussions regarding ownership interests, alleged share-sale information, the source of such information, and the circumstances under which that information was communicated to SSB Bank;
- • Information referenced in the March 9, 2021 correspondence from SSB Bank, including when such information became known to the Bank and whether it was discussed with Plaintiff during the March 3, 2021 telephone conversation;
- • Events and circumstances surrounding the Bank's actions concerning Gemini Beverage and Plaintiff during March 2021.

2. Peter Stires
   SSB Bank

Testimony concerning:

Administration of the Gemini Beverage loan and related banking matters;

• Communications concerning the loan, ownership interests, alleged share-sale information, and information relied upon by the Bank in connection with its actions during March 2021;
• Notices, correspondence, and communications relating to the loan, including the information referenced in the March 9, 2021 correspondence and the circumstances under which such information was obtained, reviewed, and communicated;
• The Bank's review, underwriting, investigation, and approval of the Gemini Beverage loan application, including records reviewed by the Bank and any concerns identified during that process;
• Banking records, loan servicing records, and related matters concerning the Bank's relationship with Gemini Beverage and Plaintiff;
• Events and circumstances surrounding the Bank's actions concerning Gemini Beverage and Plaintiff during March 2021.

Potential Witnesses

3.  Angelica Botti

Expected testimony concerning:

- matters reflected in the exhibits submitted to the Court;
- ownership and operation of Gemini Beverage;
- Subsequent investigation and efforts to obtain records and information.

4.  Glen Vance, CPA (He is not available June 17 as he has a prior work commitment)

Expected testimony concerning:

- review of accounting records;
- financial concerns identified during review;
- Recommendations for additional review or audit procedures.

5.  Michael Mazack, Esquire

Expected testimony concerning:

- representation of Plaintiff during settlement-related proceedings;
- communications with Plaintiff during the relevant period;
- matters relating to settlement negotiations and issues raised by Plaintiff during his representation.

Debtor reserves the right to supplement this witness list and to call any witness identified by another party or necessary for rebuttal purposes.